IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMUEL JUSINO

    Plaintiff,

-vs-                           CASE NO.: 6:14-cv-00332-CEH-DAB

DISH NETWORK, LLC

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, SAMUEL JUSINO, by and through the undersigned counsel, hereby submits this Notice of Settlement and states Plaintiff and Defendant, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 27th day of July 2015.

                                 */s/Jared M. Lee*
                                 Jared Michael Lee, Esquire
                                 Morgan & Morgan, P.A.
                                 20 N. Orange Ave.,
                                 Suite 1600
                                 Orlando, FL 32801
                                 T: 407-420-1414
                                 F: 407-245-3485
                                 JLee@ForThePeople.com
                                 Florida Bar #:  0052284
                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 27th day of July 2015, a copy of the foregoing was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

                                 */s/ Jared M. Lee*
                                 Attorney for Plaintiff