UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMUEL JUSINO,

        Plaintiff,

v.                                                                                      Case No:  6:14-cv-332-Orl-40DAB

DISH NETWORK, L.L.C.,

        Defendant.
_____/

## ORDER

This cause came on for consideration following review of the Joint Stipulation for Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 37). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, all pending motions (Doc. 31) are **DENIED AS MOOT**. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record